IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HERIBERTO  CAVAZOS | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 25-cv-68 |
| | § | |
| VS. | § | |
| | § | |
| HACIENDA FORD PROPERTIES, LLC and | § | |
| YODER FORD, INC., | § | (JURY REQUESTED) |
| *Defendant*s. | § | |

---

## JOINT INDEX OF EXHIBITS

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, DEFENDANTS HACIENDA FORD PROPERTIES, LLC and YODER FORD., INC., and in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files this their Index of Exhibits and would submit the following with the Court:

1. Certified Docket Sheet

2. Plaintiff's Original Petition

3. Citation to Yoder Ford, Inc.

4. Citation to Hacienda Ford Properties, LLC

5. Defendants' Hacienda Ford Properties, LLC and Yoder Ford, Inc.'s Original Answer to Plaintiff's Original Petition

6. Defendant Yoder Ford Inc.'s Motion for Substitution of Counsel

7. Order Granting Defendant Yoder Ford Inc.'s Motion for Substitution of Counsel

8.    Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment

9.    Order Setting Hearing on Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment

10.   Order Resetting Hearing on Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment

11.   Plaintiff's Response to Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment

12.   Order Resetting Hearing on Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment

13.   Order Denying Traditional and No -Evidence Motion for Summary Judgment

14.   Hacienda Ford Properties, LLC's Cross-Claim Against Yoder Ford, Inc.

15.   Defendant Yoder Ford, Inc.'s First Amended Answer and Jury Demand in Response to Plaintiff's Original Petition

16.   Defendant/Cross-Defendant Yoder Ford, Inc.'s Original Answer and Jury Demand in Response to Cross-Claim

17.   Defendant Yoder Ford, Inc.'s Motion to Refer to Mediation

18.   Order Setting Hearing on Defendant Yoder Ford, Inc.'s Motion to Refer to Mediation

19.   Cross-Plaintiff Hacienda Ford Properties, LLC's Motion for Summary Judgment

20.   Order Setting Hearing on Defendant Cross-Plaintiff's Motion for Summary Judgment

21.   Cross-Defendant Yoder Ford, Inc.'s Response in Opposition to Cross-Plaintiff Hacienda Ford Properties, LLC's Motion for Summary Judgment

22.   Defendant Hacienda Ford Properties, LLC's Notice of Designation of Lead Counsel

23.   Plaintiff Heriberto Cavazos' Notice of Designation of Lead Counsel

2

24.    Defendant Yoder Ford, Inc.'s Second Motion to Refer to Mediation

25.    Order Setting Hearing on Defendant Yoder Ford, Inc.'s Second Motion to Refer to Mediation

26.    Plaintiff's First Amended Original Petition

27.    Plaintiff's Motion for Special Exceptions to Defendant Yoder Ford, Inc.'s Amended Answer

28.    Defendant Yoder Ford, Inc.'s Original Answer and Jury Demand in Response to Plaintiff's First Amended Petition

29,    Defendant Hacienda Ford Properties, LLC's Original Answer to Plaintiff's First Amended Petition

30.    Defendant Yoder Ford, Inc.'s Third Motion to Refer Case to Mediation

31.    Order Setting Hearing on Defendant Yoder Ford, Inc.'s Third Motion to Refer Case to Mediation

32.     Plaintiff's Notice of Lead Counsel

33.    Order Resetting Third Motion to Refer Case to Mediation

34.    Plaintiff's Motion to Compel Defendant Hacienda Ford Properties, LLC **(part 1)**

34.    Plaintiff's Motion to Compel Defendant Hacienda Ford Properties, LLC **(part 2)**

35.    FIAT

36.    Plaintiff's Motion to Compel Defendant Yoder Ford, Inc.

37.    FIAT Plaintiff's Motion to Compel Defendant Yoder Ford, Inc.

38.    Plaintiff's Second Amended Petition

39.    Defendant Yoder Ford, inc.'s Traditional and No-Evidence Motion for Summary Judgment on Plaintiff's Negligent Activity and Gross Negligence Causes of Action

40.   Order Setting Hearing on Defendant Yord Ford, Inc.'s Traditional and No Evidence Motion for Summary Judgment on Plaintiff's Negligent Activity and Gross Negligence Causes of Action

41.   Plaintiff's Motion to Compel Depositions, for Continuance of Summary Judgment hearing, for Continuance of Mediation, Sanctions

42.   FIAT

43.   Defendant Yoder Ford's Original Answer and Jury Demand in Response to Plaintiff's 2nd Amended Petition

44.   Plaintiff's 3rd Amended Petition

45.   Defendant's Hacienda Ford Properties, LLC Original Answer in Response to Plaintiff's 3rd Amended Petition

46.   Defendant's Yoder Ford, Inc.'s Original Answer and Jury Demand in Response to Plaintiff's Third Amended Petition

47.   List of Parties and Counsel of Record

Respectfully submitted,

*/s/ Pollyanna Molina*
Pollyanna Molina
State Bar No. 24127484
USDC Adm. No. 2954550
Email: pmolina@gsmtxlaw.com
*Attorney-in-Charge*

Heather Scott
*Of Counsel*
State Bar No. 24046809
USDC Adm. No. 575294
Email: hscott@gsmtxlaw.com

R.D. "Bobby" Guerra
*Of Counsel*
State Bar No. 08578640

USDC Adm. No. 5949
E-mail: Rdguerra@gsmtxlaw.com


GUERRA, SCOTT & MOLINA, P.L.L.C.
10213 North 10th Street, Suite B
McAllen, Texas 78504
Telephone: (956) 383-4300
Facsimile: (956) 383-4304
**ATTORNEYS FOR DEFENDANT**
**HACIENDA FORD PROPERTIES, LLC**


/s/ Jose Oscar H. Lopez (with permission)
Jaime A. Saenz
State Bar No. 17514859
USDC Adm. No. 7630
Email: ja.saenz@rcclaw.com
*Attorney-in-Charge*

Jose Oscar H.  Lopez
*Of Counsel*
State Bar No. 24010983
USDC Adm. No. 1024234
Email: oh.lopez@rcclaw.com

COLVIN, SAENZ, RODRIGUEZ & KENNARMER, LLP
1201 East Van Buren
Brownsville, TX 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170
**ATTORNEYS  FOR  DEFENDANT**
**YODER  FORD, INC.**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the 14th day of February, 2025 in accordance with the Federal Rules of Civil Procedure as set forth below:

*__Via Electronic Notice__*
Ricardo A. Garcia
LAW FIRM OF RICARDO A. GARCIA, PLLC
820 S. Main
McAllen, Texas 78501

*__Via Electronic Notice__*
Oscar Lopez
Jaime Saenz
COLVIN, SAENZ, RODRIGUEZ & KENNAMER, LLP
1201 East Van Buren
Brownsville, Texas 78522

*/s/ Pollyanna Molina*
Pollyanna Molina