COUNTY COURT AT LAW #8

# CASE SUMMARY
## CASE NO. CL-20-1694-H

| | | |
|---|---|---|
| HERIBERTO CAVAZOS<br>VS.<br>HACIENDA FORD PROPERTIES, L.L.C.,, YODER FORD, INC. | §<br>§<br>§<br>§ | Location: County Court at Law #8<br>Judicial Officer: Maldonado, Omar<br>Filed on: 04/02/2020 |

## CASE INFORMATION

Case Type: Injury or Damage - Other (OCA)

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number    CL-20-1694-H<br>Court    County Court at Law #8<br>Date Assigned    04/02/2020<br>Judicial Officer    Maldonado, Omar |

## PARTY INFORMATION

|   |   | *Lead Attorneys* |
|---|---|---|
| Plaintiff | CAVAZOS, HERIBERTO | Garcia, Ricardo J.<br>*Retained*<br>956-630-2882(W) |
| Defendant | HACIENDA FORD PROPERTIES, L.L.C., | MOLINA, POLLYANNA<br>*Retained*<br>956-383-4300(W) |
|  | YODER FORD, INC. | LOPEZ, OSCAR H.<br>*Retained*<br>956-542-7441(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/21/2025 | **Trial on Merits** (1:30 PM) | |
| 04/17/2025 | **Pre-Trial Hearing** (1:30 PM) | |
| 03/31/2025 | **Status Conference Hearing** (9:00 AM)<br>***Mandatory Trial Status*** Pre-Trial: 04/17/2025 Trial: 04/21/2025* | |
| 02/10/2025 | Request<br>*Letter to Court - certified copies* | |
| 02/03/2025 | Sent to Workflow Queue<br>*MEDIATION REPORT* | |
| 02/03/2025 | Notice of Filing, Filed<br>*Mediation Report to Court* | |
| 01/27/2025 | CANCELED **Motion For Summary Judgment Hearing** (9:00 AM)<br>*Other*<br>*Defendant's No-Evidence Mtn for SJ* | |
| 01/27/2025 | Certification<br>*Rule 203 Certification* | |

FEB 11 2025

Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.    By: AM
Deputy Clerk

| Date | Event | Description |
|---|---|---|
| 01/15/2025 | Amended | PLTF'S THIRD AMENDED PETITION |
| 01/13/2025 | **Motion to Compel** (9:00 AM) | Pltff's Motion to Compel Depositions |
| 01/10/2025 | Sent to Workflow Queue | Signed R11 Passing 01.13.25 and 01.27.25 hearings |
| 01/10/2025 | Rule 11 Agreement | Signed R11 Passing 01.13.25 and 01.27.25 hearings |
| 01/02/2025 | Notice of Filing, Filed | Rule 203 Certification |
| 01/02/2025 | Notice of Filing, Filed | Notice of intention to take deposition by written question. |
| 12/30/2024 | Amended | NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS |
| 12/11/2024 | Answer | Yoder Ford, Inc.s Original Answer and Jury Demand in Response to Plaintiff's Second Amended Petition |
| 12/04/2024 | Sent to Workflow Queue | FIAT |
| 12/04/2024 | Order Setting Hearing, Signed | FIAT |
| 12/03/2024 | Motion | PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS, FOR CONTINUANCE OF SUMMARY JUDGMENT HEARING, FOR CONTINUANCE OF MEDIATION AND FOR SANCTIONS |
| 11/25/2024 | Sent to Workflow Queue | ORDER SETTING HEARING ON DEFENDANTS TRADITIONAL AND NO-EVIDENCE MSJ |
| 11/25/2024 | Order Filed | Proposed OG Yoder Ford's Traditional and No-Evidence MSJ |
| 11/25/2024 | Order Setting Hearing, Signed | ORDER SETTING HEARING ON DEFENDANT YODER FORD, INC.'S TRADITIONAL AND NO EVIDENCE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S NEGLIGENT ACTIVITY AND GROSS NEGLIGENCE CAUSES OF ACTION |
| 11/25/2024 | Motion | Yoder Ford's Traditional and No-Evidence MSJ on Plaintiff's Negligent Activity and Gross Negligence Causes of Action |
| 11/12/2024 | Certification | rule 203 certification |
| 10/16/2024 | **Motion to Compel** (9:00 AM) | Defendant Motion to Compel Answer |

Date: FEB 1 1 2025
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM
Deputy Clerk

| Date | Event |
|---|---|
| 10/15/2024 | Sent to Workflow Queue<br>*RULE 11 AGREEMENT* |
| 10/15/2024 | Rule 11 Agreement |
| 10/15/2024 | Certification<br>*Rule 203 Certification* |
| 09/20/2024 | Notice of Filing, Filed<br>*Defendant Hacienda Ford Properties, LLC's Notice of Firm Name Change* |
| 09/17/2024 | Sent to Workflow Queue<br>*FIAT FLTF'S MTN TO COMPEL DEF YODER FORD* |
| 09/17/2024 | Amended<br>*PLTF'S SECOND AMENDED PETITION* |
| 09/17/2024 | Amended<br>*147794.57 amend* |
| 09/17/2024 | Order, Signed<br>*FIAT PLTF'S MTN TO COMPEL DEF YODER FORD* |
| 09/16/2024 | Motion<br>*PLTF'S MTN TO COMPEL DEF YODER FORD* |
| 08/27/2024 | Notice of Filing, Filed<br>*147794.45,47,49 amend* |
| 08/27/2024 | Notice of Filing, Filed<br>*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS* |
| 08/23/2024 | Notice of Filing, Filed<br>*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS* |
| 06/03/2024 | CANCELED **Motion to Compel** (9:00 AM)<br>Other<br>*Pltff's Motion to Compel* |
| 05/31/2024 | Sent to Workflow Queue<br>*RULE 11 AGREEMENT* |
| 05/31/2024 | **Tickler** (4:30 PM)<br>*DCO to have been submitted by Steve with rick garcias office.* |
| 05/31/2024 | Sent to Workflow Queue<br>*DOCKET CONTROL ORDER* |
| 05/31/2024 | Rule 11 Agreement<br>*RULE 11 AGREEMENT* |
| 05/31/2024 | Order, Signed<br>*DOCKET CONTROL ORDER* |

Date: FEB 11 2025
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM   Deputy Clerk

COUNTY COURT AT LAW #8
# CASE SUMMARY
## CASE NO. CL-20-1694-H

| Date | Entry |
|---|---|
| 05/15/2024 | **Docket Control Conference Hearing/Telephonic** (3:00 PM) |
| 05/14/2024 | Case Called<br>*Court grants mediation at this time. Order to be submitted.* |
| 05/13/2024 | **Hearing** (9:00 AM)<br>*Third Mtn to Refer Case to Mediation* |
| 05/09/2024 | Sent to Workflow Queue<br>RULE 11 AGREEMENT |
| 05/09/2024 | Rule 11 Agreement<br>*Notice of Filing Rule 11* |
| 05/03/2024 | Sent to Workflow Queue<br>FIAT |
| 05/03/2024 | Order, Signed<br>*FIAT* |
| 05/03/2024 | Motion<br>PLTF'S MTN TO COMPEL DEF HACIENDA |
| 04/25/2024 | Sent to Workflow Queue<br>ORDER SETTING TELEPHONIC DOCKET CONTROL CONFERENCE |
| 04/25/2024 | Order, Signed<br>*ORDER SETTING TELEPHONIC DOCKET CONTROL CONFERENCE* |
| 04/25/2024 | Motion<br>PLTF'S MTN FOR TRIAL SETTING |
| 04/24/2024 | **Hearing** (9:00 AM)<br>*Defendant Third Motion to Refer to mediation* |
| 04/22/2024 | Order, Signed<br>*ORDER RESETTING THIRD MOTION TO REFER CASE TO MEDIATION M/O TO ALL ATTY* |
| 03/25/2024 | Designation<br>PLTF'S NTC OF LEAD COUNSEL |
| 03/21/2024 | Order, Signed<br>*Proposed Order Setting Hearing on Def Yoder Ford, Inc.'s Third Motion to Refer Case to Mediation* |
| 03/20/2024 | Sent to Workflow Queue<br>ORDER SETTING HEARING ON DEFENDANT YODER FORD, INC.'S THIRD MOTION TO REFER TO MEDIATION |
| 03/20/2024 | Order Filed<br>*Order Granting* |
| 03/20/2024 | Motion |

*[Clerk certification stamp: FEB 11 2025 — I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office. By: [signature] Deputy Clerk — County Court, County of Hidalgo, Texas seal]*

| Date | Entry |
|---|---|
| | Defendant Yoder Ford, Inc.'s Third Motion to Refer Case to Mediation |
| 12/15/2023 | Certification<br>RULE 203 CERTIFICATION |
| 11/22/2023 | Sent to Workflow Queue<br>RULE 11 AGREEMENT |
| 11/22/2023 | Rule 11 Agreement<br>Rule 11 Agreement regarding Discovery |
| 11/21/2023 | Sent to Workflow Queue<br>RULE 11 AGREEMENT |
| 11/21/2023 | Rule 11 Agreement<br>Notice of Filing Rule 11 Agreement |
| 11/08/2023 | Answer<br>Def's Hacienda Ford Properties, LLC Original Answer to Plf's 1st Amend Petition |
| 11/03/2023 | Certification<br>RULE 203 CERTIFICATION |
| 10/31/2023 | Answer<br>Defendant Yoder Ford, Inc.'s Original Answer and Jury Demand in Response to Plaintiff's First Amended Petition |
| 10/30/2023 | Case Called<br>Mr. Pena for plaintiff, Respondents did not appear. Court set up DCC for 12/19/2023. Mediation request was not heard as Respondent was not present to make their arguments. |
| 10/30/2023 | **Motion for Mediation** (9:00 AM)<br>Defendant Second Motion to Refer to Mediation |
| 10/23/2023 | Amended<br>PLTF'S MTN FOR SPECIAL EXCEPTIONS TO DEF YODER FORD'S AA |
| 10/23/2023 | Amended<br>PLTF'S 1ST AMENDED OP |
| 10/13/2023 | Sent to Workflow Queue<br>ORDER SETTING HEARING ON DEFENDANT YODER FORD, INC.'S SECOND MOTION TO REFER TO MEDIATION |
| 10/13/2023 | Order Filed<br>Order Granting Defendant Yoder Ford, Inc.'s Second Motion to Refer to Mediation |
| 10/13/2023 | Order, Signed<br>Order Setting Hearing on Defendant Yoder Ford, Inc.'s Second Motion to Refer to Mediation |
| 10/13/2023 | Motion<br>Defendant Yoder Ford, Inc.'s Second Motion to Refer to Mediation |
| 10/13/2023 | Designation |

FEB 1 1 2025

Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM
Deputy Clerk

| Date | Event |
|---|---|
| | Plf Heriberto Cavazos Notice of Designation of Lead Counsel |
| 10/12/2023 | Certification<br>RULE 203 CERTIFICATION |
| 09/11/2023 | Notice of Filing, Filed<br>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS |
| 09/05/2023 | Notice of Filing, Filed<br>NTC OF LEAD COUNSEL |
| 07/19/2023 | Notice of Filing, Filed<br>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS |
| 06/27/2023 | Certification<br>RULE 203 CERTIFICATION |
| 06/14/2023 | Notice of Appearance, Filed<br>Defendant's Notice of Appearance & Designation of Lead Counsel |
| 06/06/2023 | Notice of Filing, Filed<br>147794-27-29 |
| 05/18/2023 | Certification<br>RULE 203 CERTIFICATION |
| 05/16/2023 | Certification<br>RULE 203 CERTIFICATION |
| 03/17/2023 | Notice of Filing, Filed<br>NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS |
| 02/08/2023 | CANCELED Motion For Summary Judgment Hearing (9:00 AM)<br>Other<br>Cross-Plaintiff Hacienda Ford Properties, LLC Motion for SJ<br>01/30/2023 Reset by Court to 02/08/2023 |
| 02/01/2023 | Sent to Workflow Queue<br>Rule 11 |
| 02/01/2023 | Rule 11 Agreement<br>Defendants' Notice of Filing Rule 11 Agreement |
| 01/31/2023 | Answer<br>Cross-Defendant Yoder Ford, Inc.'s Response in Opposition to Cross-Plaintiff Hacienda Ford Properties, LLC's Motion for Summary Judgment |
| 01/19/2023 | Sent to Workflow Queue<br>Rule 11 |
| 01/19/2023 | Rule 11 Agreement<br>Rule 11 Agreement re: reset MSJ hearing |
| 12/07/2022 | **Hearing** (9:00 AM) |

FEB 11 2025
Date: _____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM Deputy Clerk

| Date | Event |
|---|---|
| | Defendant Yoder Ford, Inc's Motion to Refer to Mediation |
| 12/07/2022 | Sent to Workflow Queue<br>Rule 11 |
| 12/07/2022 | Order Setting Hearing, Signed<br>Order Setting Hearing on Df Cross Plaintiff's Motion for Summary Judgment |
| 12/06/2022 | Sent to Workflow Queue<br>OSH for SJ |
| 12/06/2022 | Other<br>Rule 11 Agreement |
| 12/06/2022 | Motion<br>Cross-Plaintiff Hacienda Ford Properties, LLC's Motion for Summary Judgment |
| 11/01/2022 | Order Setting Hearing, Signed<br>Order Setting Hearing on Defendant Yoder Ford, Inc.'s Motion to Refer to Mediation |
| 10/31/2022 | Sent to Workflow Queue<br>ORDER SETTING HEARING |
| 10/31/2022 | Order Filed<br>Order Granting Defendant Yoder Ford, Inc.'s Motion to Refer to Mediation |
| 10/31/2022 | Motion<br>Defendant Yoder Ford, Inc.'s Motion to Refer to Mediation |
| 03/16/2022 | Answer<br>Defendant/Cross-Defendant Yoder Ford, Inc.'s Original Answer and Jury Demand in Response to Cross-Claim |
| 03/16/2022 | Answer<br>Defendant Yoder Ford, Inc.'s First Amended Answer and Jury Demand in Response to Plaintiff's Original Petition |
| 03/11/2022 | Counter Claim/Counter Petition (Fee)<br>Hacienda Ford Properties, LLC's Cross-Claim Against Yoder Ford, Inc. |
| 01/11/2022 | Other<br>NOTICE OF DELIVERY, RIO GRANDE REGIONAL 24-HOUR CARE (MEDICAL AND RADIOLOGY) |
| 11/22/2021 | Order Signed<br>DENYING TRADITIONAL AND NO-EVIDENCE MFSJ |
| 11/16/2021 | Notice of Filing, Filed<br>NOTICE OF DELIVERY: RIO GRANDE REGIONAL 24 HOUR CARE (BILL) |
| 10/08/2021 | Notice of Delivery<br>NOTICE OF DELIVERY: RIO GRANDE REGIONAL 24 HOUR CARE (MED/RAD) |
| 10/05/2021 | Sent to Workflow Queue |

Date: FEB 11 2025
I, Arturo Guajardo, Jr., County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM
Deputy Clerk

|  |  |
|---|---|
|  | ORDER DENYING TRADITIONAL & NO-EVIDENCE MFSJ |
| 10/04/2021 | Case Called<br>Mr. Frank Garza for plaintiff, Mr. Fonseca for Hacienda ford properties, and Oscar Lopez for Yoder ford INC. Mr. Oscar Lopez entered his arguments on traditional and no evidence summary Judgment. Mr. Frank Garza made his arguments as to the matter. Court will take the arguments into consideration and make a decision in the near future. |
| 10/04/2021 | **Motion** (9:30 AM)<br>*Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment* |
| 08/24/2021 | Notice of Delivery<br>NOTICE OF DELIVERY |
| 08/23/2021 | Notice of Delivery<br>NOTICE OF DELIVERY |
| 08/23/2021 | Notice of Delivery<br>NOTICE OF DELIVERY |
| 08/23/2021 | Notice of Delivery<br>NOTICE OF DELIVERY |
| 08/18/2021 | Order Setting Hearing, Signed<br>*Order Resetting Hearing on Def. Yoder Ford's Traditional and No-Evidence Motion for Summary Judgement/SENT VIA EMAIL* |
| 08/16/2021 | Sent to Workflow Queue<br>*ORDER RESETTING DEF.'S TRADITIONAL & NO-EVIDENCE MFSJ* |
| 08/04/2021 | **Motion For Summary Judgment Hearing** (9:30 AM)<br>*Traditional & No Evidence.* |
| 08/04/2021 | Sent to Workflow Queue<br>*RULE 11* |
| 08/04/2021 | Rule 11 Agreement<br>*Rule 11 Agreement* |
| 07/27/2021 | Response<br>*Plaintiff's Response to Defendant's Yoder Ford, Inc's Traditional and No Evidence Motion for Summary Judgment* |
| 07/13/2021 | Other<br>NOTICE OF DELIVERY |
| 07/01/2021 | Other<br>NOTICE OF DELIVERY |
| 06/09/2021 | Sent to Workflow Queue<br>*ORDER RESETTING HEARING* |
| 06/09/2021 | Order Signed<br>*Order Resetting Hearing on Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgement* |

Date FEB 11 2025
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office. By: AM Deputy Clerk

| Date | Entry |
|---|---|
| 05/20/2021 | Notice of Filing, Filed<br>*Notice of Appearance of Lead-Counsel* |
| 05/05/2021 | *CANCELED* **Motion** (9:30 AM)<br>*Attorney Agreement*<br>*Def Yoder Ford, Inc's Traditional & No Evidence MSJ* |
| 04/27/2021 | Sent to Workflow Queue<br>*RULE11* |
| 04/27/2021 | Rule 11 Agreement<br>*Rule 11 Agreement passing MSJ Hrg* |
| 04/05/2021 | Reporter's Certification of Deposition<br>HERIBERTO CAVAZOS |
| 04/01/2021 | Order, Signed<br>*Order Setting Hearing on Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment* |
| 03/31/2021 | Sent to Workflow Queue<br>*OSH-DEF.'S TRADITIONAL & NO-EVIDENCE MOT. FOR SUMMARY JUDGMENT* |
| 03/31/2021 | Motion<br>*Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment* |
| 03/29/2021 | Order Filed<br>*Order Granting Defendant Yoder Ford, Inc.'s Traditional and No-Evidence Motion for Summary Judgment* |
| 01/19/2021 | Certification<br>*RULE 203 CERTIFICATION* |
| 01/19/2021 | Certification<br>*RULE 203 CERTIFICATION* |
| 01/13/2021 | Other<br>*RULE 203 CERTIFICATION* |
| 01/13/2021 | Other<br>*RULE 203 CERTIFICATION* |
| 12/08/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/08/2020 | Other<br>*RULE 203 CERTIFICATION* |
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |

[Hidalgo County Clerk certification stamp: Date FEB 1 1 2025. I, Arturo Guajardo, Jr., County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office. By: AM, Deputy Clerk]

| Date | Event |
|---|---|
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/07/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/04/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 12/04/2020 | Certification<br>*RULE 203 CERTIFICATION* |
| 10/20/2020 | Notice of Filing, Filed<br>*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS* |
| 08/28/2020 | Other<br>*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS* |
| 08/19/2020 | Notice of Filing, Filed<br>*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS* |
| 06/10/2020 | Sent to Workflow Queue<br>RULE 11 |
| 06/10/2020 | Rule 11 Agreement<br>*Rule 11 Agreement- Extension IROGs and RFP* |
| 05/15/2020 | Sent to Workflow Queue<br>RULE 11 |
| 05/15/2020 | Rule 11 Agreement<br>*Rule 11 Agreement* |
| 05/08/2020 | Order Granting Motion for Substitution of Counsel, Signed<br>*Order Granting Defendant Yoder Ford, Inc.'s Motion for Substitution of Counsel/SENT VIA EMAIL* |
| 05/06/2020 | Sent to Workflow Queue<br>ORDER GRANTING |
| 04/30/2020 | Motion<br>*Defendant Yoder Ford, Inc.'s Motion for Substitution of Counsel* |
| 04/16/2020 | Answer<br>*DEFENDANTS HACIENDA FORD PROPERTIES, LLC AND YODER FORD, INC. S ORIGINAL ANSWER TO PLAINTIFFS ORIGINAL PETITION.* |

FEB 1 1 2025

Date:_____
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: AM
Deputy Clerk

COUNTY COURT AT LAW #8
# CASE SUMMARY
### CASE NO. CL-20-1694-H

| Date | | |
|---|---|---|
| 04/14/2020 | Citation Issued<br>*CITATION ISSUED TO HACIENDA* | |
| 04/14/2020 | Citation Issued<br>*CITATIONA ISSUED TO YODER* | |
| 04/02/2020 | Original Petition (OCA)<br>*PLAINTIFF ORIGINAL PETITION* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** HACIENDA FORD PROPERTIES, L.L.C.,<br>Total Charges<br>Total Payments and Credits<br>Balance Due as of 2/11/2025 | 944.00<br>944.00<br>0.00 |
| | **Defendant** YODER FORD, INC.<br>Total Charges<br>Total Payments and Credits<br>Balance Due as of 2/11/2025 | 5.00<br>5.00<br>0.00 |
| | **Plaintiff** CAVAZOS, HERIBERTO<br>Total Charges<br>Total Payments and Credits<br>Balance Due as of 2/11/2025 | 282.00<br>282.00<br>0.00 |



Date: FEB 1 1 2025
I, Arturo Guajardo, Jr. County Clerk do hereby certify that this is a true and correct copy of the original document filed in my office.
By: _____ Deputy Clerk